In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00546-CV**
_____

**IN THE INTEREST OF T.V.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-218,667**

_____

**MEMORANDUM OPINION**

The appellants, T.S. and C.V., each filed a motion to dismiss this appeal. The motions are made voluntarily by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motions and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 28, 2015
Opinion Delivered January 29, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.